IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE TAX )
INDEBTEDNESS OF )
) MISC. NO. 06-95
Jeffrey Butya )
dba Butyas Taverns )

ORDER FOR ENTRY ON PREMISES
TO EFFECT LEVY

The United States, having filed an application requesting authorization for Revenue Officer John J. Vales and/or other designated revenue officers to enter the premises located at 5576 Steubenville Pike, Pittsburgh, PA 15136, in order to seize an asset consisting of a liquor license located on or within said premises, in satisfaction of unpaid Federal taxes, together with the affidavit of Charles W. Dinan, Jr., in support of that application, and the court finding, on the basis of the affidavit, that there is probable cause to believe that property or rights to property belonging to Jeffrey Butya, dba Butyas Taverns, or to which, the Federal tax lien attaches which are subject to levy by the United States pursuant to Section 6331 of the Internal Revenue Code are located on or within the premises described, it is

ORDERED that Revenue Officer John J. Vales and/or other designated revenue officers are authorized to enter the premises described and seize an asset consisting of a liquor license, pursuant to Section 6331 of the Internal Revenue Code of 1986. In making this search and seizure, however, such revenue officers are directed to enter the premises during business hours or the daytime and within 10 business days from the date of this order.

DATED

3/17/06

_____
UNITED STATES DISTRICT JUDGE